UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
2010 MAY -3 AM 9: 17
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Gilarime Mueller,<br>    Petitioner,<br><br>v.<br><br>United States of America,<br>    Respondent, | Motion For Extension of Time To File An Appeal In A Civil Case of Judgment<br><br>Case No: 4-10-cv-00148 |

NOW COMES, Gilarime Mueller the petitioner in in the above styled cause and action, and moves this Honorable Court to grant petitioner extension of time to file an appeal of the judgment issued in this case on April 15, 2010.

THE PETITIONER has no legal counsel and requests that this court grant petitioner this request under duress, because the petitioner is in federal custody and needs the time requested to prepare any response needed to protect his interest.

Respectfully submitted,

*Gilarime Mueller*
Gilarime Mueller,
    Petitioner,

## CERTIFICATE OF SERVICE

This is to certify that under penalty of perjury I Gilarime Mueller did place in the United States mail a true and authentic copy of a Motion For Extension of Time, a legal instrument, and mailed it to the following:

U.S. District Court Clerk
U.S. District Court
U.S. Courthouse
P.O. BOX 9344
Des Moines, Iowa 50306-9344

        Mailed on this 27 day of April, 2010

        By: *Gilarime Mueller*
            Gilarime Mueller #08744-030
            Federal Correctional Institution
            P.O. BOX 6000  -  Unit M/B
            Florence, CO 81226-6000

CLARIME MUELLER #08744-030
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6000 - unit M/B
FLORENCE, CO 81226-6000

50306£9344

U.S. DISTRICT COURT CLERK
U.S. DISTRICT COURT
U.S. COURTHOUSE
P.O. BOX 9344
DES MOINES, IOWA 50306-9344