IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GILARIME MUELLER, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 4:10-cv-00148-JAJ <br><br><br> ORDER |

This matter comes before the court pursuant to petitioner's May 3, 2010 Motion for Extension of Time to File An Appeal in a Civil Case of Judgment [dkt 5]. The court believes that the petition is plainly frivolous.

Upon the foregoing,

**IT IS ORDERED** that petitioner's Motion for Extension of Tine to File An Appeal in a Civil Case of Judgment is denied. The court also denies the issuance of a certificate of appealability.

**DATED** this 10th day of May, 2010.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA