IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GILARIME MUELLER,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. 4:10-cv-00148-JAJ<br><br><br><br>ORDER |

      This matter comes before the court pursuant to petitioner's August 17, 2010 Motion for Relief from Judgment [dkt 163]. Judgment was entered in this matter on April 15, 2010. No appeal was filed. The court denied the petitioner's application for extension of time to file an appeal. The court has reviewed the motion for relief from judgment and finds that the grounds stated therein do not give rise to any arguable claim for relief pursuant to Federal Rule of Civil Procedure 60(b).

      Upon the foregoing,

      **IT IS ORDERED** that petitioner's Motion for Relief from Judgment [dkt 163] is denied.

      **DATED** this 25th day of August, 2010.

                                                JOHN A. JARVEY
                                               UNITED STATES DISTRICT JUDGE
                                               SOUTHERN DISTRICT OF IOWA